IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DENNIS JOEL DE PAOLI,

    Petitioner,

v.                                              CASE NO. 1:06-cv-00009-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's second amended petition for writ of habeas corpus, Doc. 19, be denied, and that this cause be dismissed without prejudice for failure to exhaust state court remedies. The Magistrate Judge filed the Report and Recommendation on Friday, March 24, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's second amended petition for writ of habeas corpus, Doc. 19, is denied and this cause is dismissed without prejudice for failure to exhaust state court remedies.

**DONE AND ORDERED** this  *25th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge